1
2
3
4
5

**FILED**
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

6           UNITED STATES DISTRICT COURT
7           SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR274-LAB |
| 10                Plaintiff, | ) |
| 11  v. | ) **DETENTION ORDER** |
| 12  JESSICA KING, | ) |
| 13                Defendant. | ) |

14  A.  Order For Detention
       After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the
15     Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

16  B.  Statement of Reasons For The Detention
       The Court orders the defendant's detention because it finds:
17       ☒ By a preponderance of the evidence that no condition or combination of conditions
            will reasonably assure the appearance of the defendant as required.
18       ☒ By clear and convincing evidence that no condition or combination of conditions
            will reasonably assure the safety of any other person and the community.
19
    C.  Finding Of Fact
20     The Court's findings are based on the evidence which was presented to Court and that which was
       contained in the pretrial Services report, and includes the following:
21       ☒ (1) Nature and circumstances of the offense charged:
            _X_ (a)  The offense charged is: 18:1591 and 18:2; 18:2422 and 18:2
22
23
24       ___ (b)  The offense is a crime of violence.
         ___ (c)  The offense involves a narcotic drug.
25       ___ (d)  The offense involves a large amount of controlled substances, to wit:
                 _____
26       ☒ (2) The weight of the evidence against the defendant is strong.
         ☒ (3) The history and characteristics of the defendant including:
27            (a)  General Factors:
                  ___ The defendant appears to have a mental condition which may
28                    affect whether the defendant will appear.
                  ___ The defendant has no family ties in the area.

                                        1

1  ☒ The defendant has no steady employment.
   ☒ The defendant has no substantial financial resources.
2  ___ The defendant is not a long time resident of the community.
   ___ The defendant does not have any significant community ties.
3  ☒ Past conduct of the defendant: _prior felonies_
4  _____

   ___ The defendant has a history relating to drug abuse.
5  ☒ The defendant has a history relating to alcohol abuse.
   ☒ The defendant has a significant prior criminal record.–
6  ☒ The defendant has a prior record of failure to appear at court
      proceedings.
7  (b) Whether the defendant was on probation, parole, or release by a court:
      At the time of the current arrest, the defendant was on:
8  ☒ Probation
   ___ Parole
9  ___ Release pending trial, sentence, appeal or completion of sentence.
   (c) Other Factors:
10 ___ The defendant is an illegal alien and is subject to deportation.
   ___ The defendant is a legal alien and will be subject to deportation
11    if convicted.
   ___ Other: _____
12 _____

13 ☒ (4) The nature and seriousness of the danger posed by the defendant's release are
14    as follows: _A solicited, trained & guided minors in acts of prostitution and_
      _the child victims have been contacted by her since her arrest_
15    _and have expressed concern for their safety_
   ☒ (5) Rebuttable Presumptions
16    In determining that the defendant should be detained, the Court also
      relied on the following rebuttable presumption(s) contained in 18
17    U.S.C. § 3142(e) which the Court finds the defendant has not rebutted:
   ☒ a. That no condition or combination of conditions will
18    reasonably assure ~~the appearance of the defendant as required~~ &
      ~~and~~ the safety of any other person and the community
19    because the Court finds that the crime involves:
      ___ (A) A crime of violence; or
20    ___ (B) An offense for which the maximum penalty is <u>life</u> imprisonment
            or death; or
21    ☒ (C) A ~~controlled substance~~ violation which has a maximum penalty
            of 10 years or more _and involves a minor victim_
22    ___ (D) A felony after the defendant had
            been convicted of two or more
23          prior offenses described in (A)
            through (C) above, <u>and</u> the
24          defendant has a prior conviction
            for one of the crimes mentioned
25          in (A) through (C) above which is
            less than five years old and which
26          was committed while the
            defendant was on pretrial release.
27 ☒ b. That no condition or combination of conditions will
      reasonably assure the appearance of the defendant as required
28    and the safety of the community because the Court finds that
      there is probable cause to believe _that the defendant is involved_
      _in an offense concerning more than one minor victim._

                              2

        _____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

        _____ (B) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D. <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with counsel; and,

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail.

Dated: __June 10, 2008__

                                                      *[signature]*
                                        **LEO S. PAPAS**
                                        **United States Magistrate Judge**