AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SECRET

2008 JUN 12 AM 11: 11

UNITED STATES OF AMERICA

V.

Jessica King (3)

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0274-LAB-_____ DEPUTY

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jessica King (3)_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:1591(a)(1), (a)(2) and (b)(2) - Sex Trafficking of Children; 18:2422(b) Coercion and Enticement of Juvenile into Prostitution; 18:2 Aiding and Abetting; 18:371 Conspiracy

In violation of Title _____See Above_____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| A. Everett (SEAL) | May 23, 2008 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____   by   The Honorable Anthony J. Battaglia

Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Rancho Peñasquitos, CA_

| DATE RECEIVED 05/26/2008 | NAME AND TITLE OF ARRESTING OFFICER Celina M. Navarro Special Agent - FBI San Diego | SIGNATURE OF ARRESTING OFFICER Celina M. Navarro |
|---|---|---|
| DATE OF ARREST 06/04/2008 | | |