AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jessica King (3)

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0274 LAB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jessica King (3)___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:1591(a)(1), (a)(2) and (b)(2) - Sex Trafficking of Children; 18:2422(b) Coercion and Enticement of Juvenile into Prostitution; 18:2 Aiding and Abetting; 18:371 Conspiracy

DATE 6/5/08
ARRESTED BY FBI-SD

In violation of Title ___See Above___ United States Code, Section(s) ___

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

W. Samuel Hamrick, Jr.                           Clerk of the Court
Name of Issuing Officer                           Title of Issuing Officer

/s/ A. Hewitt                                      May 23, 2008 San Diego, CA
Signature of Deputy                                Date and Location

Bail fixed at $ _____    by    The Honorable Anthony J. Battaglia
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'     FBI - Selina Navarro
                 (858) 499-7904                              4007
AUSA Chris Tenorio x7843