KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Suite 6293
San Diego, California 92101-8893
Telephone: (619) 557-7843
Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| Plaintiff, | |
| v. | CASE NO.  08CR0274-LAB |
| | JUDGE:   HON. LARRY A. BURNS |
| JORDAN ARNOLD (1), | COURT:   COURTROOM 9 |
| CHRISTOPHER BLACK (2), | DATE:    August 25, 2008 |
| JESSICA KING (3), | TIME:    2:00 p.m. |
| Defendants. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and Defendant Jordan Arnold, through his counsel, Holly S. Hanover; Defendant Christopher Black, through his counsel, John P. Rogers; and Defendant Jessica King, through her counsel, Michael J. Messina, and hereby move this court to continue the motion hearing from Monday, August 25, 2008 at 2:00 p.m. to Monday, September 29, 2008 at 2:00 p.m.  Government counsel will be unavailable on August 25, 2008.  The parties stipulate

1 that the time from August 25, 2008 September 29, 2008 should be
2 excluded from the Speedy Trial Act in the interest of justice.
3      Dated:   August 19, 2008

4                                  s/ Holly S. Hanover
                                   HOLLY S. HANOVER
5                                  Attorney for Defendant Arnold

6
                                   s/ John P. Rogers
7                                  JOHN P. ROGERS
                                   Attorney for Defendant Black
8

9                                  s/ Michael J. Messina
                                   MICHAEL J. MESSINA
10                                 Attorney for Defendant King

11
                                   KAREN P. HEWITT
12                                 United States Attorney

13                                 s/ Christopher P. Tenorio
                                   CHRISTOPHER P. TENORIO
14                                 Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JORDAN ARNOLD (1),<br>CHRISTOPHER BLACK (2),<br>JESSICA KING (3),<br><br>            Defendants. | **CERTIFICATE OF SERVICE**<br><br>CASE NO.  08CR0274-LAB<br>JUDGE:    HON. LARRY A. BURNS<br>COURT:    COURTROOM 9 |

IT IS HEREBY CERTIFIED that:

   I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of **JOINT MOTION TO CONTINUE SENTENCING HEARING** on **Defendants' counsel** by electronically filing the foregoing with the Clerk of the District Court using its ECF System. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008            Respectfully submitted,

                                       KAREN P. HEWITT
                                       United States Attorney
                                       *s/Christopher P. Tenorio*
                                       CHRISTOPHER P. TENORIO
                                       Assistant U.S. Attorney

08CR0274-LAB

```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ CHRISTOPHER P. TENORIO
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 166022
   │ 880 Front Street, Suite 6293
 4 │ San Diego, California  92101-8893
   │ Telephone: (619) 557-7843
 5 │ Christopher.Tenorio@usdoj.gov
   │
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
 8 │                UNITED STATES DISTRICT COURT
 9 │                SOUTHERN DISTRICT OF CALIFORNIA
10 │ UNITED STATES OF AMERICA,     )   **DECLARATION OF**
   │                               )   **CHRISTOPHER P. TENORIO**
11 │               Plaintiff,      )
   │                               )   CASE NO.  08CR0274-LAB
12 │       v.                      )   JUDGE:    HON. LARRY A. BURNS
   │                               )   COURT:    COURTROOM 9
13 │ JORDAN ARNOLD (1),            )   DATE:     August 25, 2008
   │ CHRISTOPHER BLACK (2),        )   TIME:     2:00 p.m.
14 │ JESSICA KING (3)              )
   │                               )
15 │               Defendants.     )
   │ _____)
16 │
17 │      I, CHRISTOPHER P. TENORIO, declare as follows:
18 │      1.   I am an Assistant United States Attorney with the U.S.
19 │           Attorney's Office for the Southern District of California,
20 │           Criminal Section, and I am assigned to the above-captioned
21 │           case.
22 │      2.   The motion hearing in the above-captioned case was
23 │           originally scheduled for July 28, 2008.  The Government
24 │           took no position upon Defendant Black's request to continue
25 │           the hearing.
26 │      3.   Without notice to Government counsel, the motion hearing
27 │           was continued by court order to August 25, 2008 at 2:00
28 │           p.m., a date for which Government counsel is unavailable.
```

4. Government counsel is scheduled for Annual Leave and will be out of the District from August 20, 2008 until September 2, 2008. Leave has been scheduled for many months and involves non-refundable airline tickets.

5. Because the present case is the result of a long-term pro-active investigation and addresses sensitive issues involving juveniles, Government counsel is hesitant to request that a colleague become familiar with the extensive and sensitive facts and issues on short notice.

FURTHER, I DECLARE NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   August 19, 2008

                                  *s/Christopher P. Tenorio*
                                  CHRISTOPHER P. TENORIO
                                  Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JORDAN ARNOLD (1),<br>CHRISTOPHER BLACK (2),<br>JESSICA KING (3),<br><br>　　　　　　Defendants. | **CERTIFICATE OF SERVICE**<br><br>CASE NO.　08CR0274-LAB<br>JUDGE:　　HON. LARRY A. BURNS<br>COURT:　　COURTROOM 9 |

IT IS HEREBY CERTIFIED that:

　　I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of **DECLARATION OF CHRISTOPHER P. TENORIO** on **Defendants' counsel** by electronically filing the foregoing with the Clerk of the District Court using its ECF System. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　*s/Christopher P. Tenorio*
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER P. TENORIO
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney