UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **ORDER TO CONTINUE** |
| ) | **MOTION HEARING** |
| Plaintiff, ) | |
| ) | CASE NO.  08CR0274(2)-LAB |
| v. ) | JUDGE:    HON. LARRY A. BURNS |
| ) | COURT:    COURTROOM 9 |
| JORDAN ARNOLD (1), ) | |
| CHRISTOPHER BLACK (2), ) | |
| JESSICA KING (3) ) | |
| ) | |
| Defendants. ) | |

Upon joint motion of the UNITED STATES OF AMERICA and defendants, and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing currently scheduled for Monday, August 25, 2008 at 2:00 p.m., is continued to Monday, September 29, 2008 at 2:00 p.m.

IT IS FURTHER ORDERED that the time between August 25, 2008 and September 29, 2008 is excluded under the Speedy Trial Act in the interest of justice.

DATED: August 21, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge